UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ADEL KELLEL,

Defendant.

**ORDER**

20 Cr. 67 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the Defendant's sentencing, previously

scheduled for April 23, 2020, will now take place on **May 20, 2020 at 4:00 p.m.** in

Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New

York.  Any submissions on behalf of the Defendant are due by **April 29, 2020**.  The

Government's submission is due by **May 6, 2020**.

It is further ORDERED that the Probation Department prepare a presentence

investigation report for the Defendant.

Dated:  New York, New York
        January 31, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge