UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

ADEL KELLEL,

              Defendant.

**ORDER**

20 Cr. 67 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the sentencing of the Defendant currently scheduled for May 20, 2020 instead will take place on **June 29, 2020 at 4:00 p.m.**

Dated: New York, New York
       April 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge