UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| ADEL KELLEL, | 20 Cr. 67 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

WHEREAS, with the Defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on January 24, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS upon review of that transcript, this Court has determined that the Defendant entered his guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the Defendant's guilty plea is accepted.

Dated:  New York, New York
        November 24, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge