UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                    -v-

ADEL KELLEL,

                    Defendant.

------------------------------------------------------------------X

**CONSENT TO PROCEED REMOTELY**

20-CR-67 (PGG)

Defendant ADEL KELLEL hereby voluntarily consents, after consultation with counsel, to participate in the following proceeding via videoconference, or via telephone conference if video teleconferencing is not reasonably available:

\_\_\_  Initial Appearance/Appointment of Counsel

\_\_\_  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_  Preliminary Hearing on Felony Complaint

\_\_\_  Bail Hearing

\_\_\_  Status and/or Scheduling Conference

\_\_\_  Plea

_x_  Sentencing

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Adel Kellel
Print Defendant's Name

_____
Defense Counsel's Signature

Richard Langone
Print Defense Counsel's Name

This proceeding was conducted by reliable [ videoconferencing / telephone conference ] technology.

11/30/20
Date

_____
U.S. District Judge

December 2, 2020