UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――

UNITED STATES OF AMERICA

     v.

ADEL KELLEL,

     Defendant.

―――――――――――――――――――――――

[~~Proposed~~]
**Order of Restitution**

Docket No. 20 Cr. 67 (PGG)

Upon the application of the United States of America, by its attorneys, Audrey Strauss, Acting United States Attorney for the Southern District of New York, Olga I. Zverovich, Assistant United States Attorney, and Jorge Almonte, Special Assistant United States Attorney, of counsel; the Presentence Investigation Report; the Defendant's conviction on Count One of the above-referenced Information; and all other proceedings in this case, it is hereby ORDERED that:

### 1. Amount of Restitution

ADEL KELLEL, the Defendant, shall pay restitution in the total amount of $771,195, pursuant to 18 U.S.C. § 3663, to the victims of the offense charged in Count One, as set forth below and in the attached Schedule of Victims. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

|  | **2011** | **2012** | **2013** | **2014** | **2015** | **Total** |
|---|---|---|---|---|---|---|
| Internal Revenue Service | $116,200 | $156,535 | $213,789 | $98,606 | $28,348 | $613,478 |
| NYS Department of Taxation & Finance | $43,254 | $36,388 | $45,059 | $23,821 | $9,195 | $157,717 |
| **Total:** | | | | | | $771,195 |

### A. Joint and Several Liability

Restitution is not joint and several with other defendants or with others not named herein.

### 2. Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the Defendant; and any financial obligations of the Defendant; including obligations to dependents, the Defendant shall, in the interest of justice, pay restitution in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2) as follows:

(1) The Defendant shall commence monthly installment payments in an amount of at least 15 percent of the Defendant's gross income, payable on the first day of each month, starting 30 days after the Defendant's release from prison; and

(2) While serving the term of imprisonment, the Defendant shall make installment payments toward his restitution obligation, and may do so through the Bureau of Prisons' ("BOP") Inmate Financial Responsibility Plan ("IFRP"). Pursuant to BOP policy, the BOP may establish a payment plan by evaluating the Defendant's six-month deposit history and subtracting an amount

determined by the BOP to be used to maintain contact with family and friends. The remaining balance may be used to determine a repayment schedule. BOP staff shall help the Defendant develop a financial plan and shall monitor the Defendant's progress in meeting his restitution obligation. Any unpaid amount remaining upon release from prison will be paid in installments of at least 15 percent of the Defendant's gross income on the first day of each month.

### 3. **Payment Instructions**

The Defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant shall write his name, Social Security number, and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. For payments by wire, the Defendant shall contact the Clerk's Office for wiring instructions.

The Clerk's Office shall forward all restitution payments to the victims in this case, at the below addresses within 30 days of receiving said payments from the Defendant:

    Internal Revenue Service - RACS
    Attn: Mail Stop 6261, Restitution
    333 W. Pershing Ave.
    Kansas City, MO 64108

    NYS Department of Taxation & Finance
    Disclosure Unit
    Building 8, Room 700
    W.A. Harriman Campus
    Albany, NY 12227

The Clerk's Office shall ensure that the Defendant's name, Social Security number, and the docket number of this case are indicated on the payment prior to forwarding the payment to the IRS.

**4.** **Additional Provisions**

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k). If the Defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this order, the Government may seek a Court order modifying the payment schedule consistent with the discovery of new or additional assets.

**5.** **Restitution Liability**

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

SO ORDERED:

_____           December 2, 2020
HONORABLE PAUL G. GARDEPHE              DATE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA :
: **SCHEDULE OF VICTIMS**
       - v. - :
: **20 Cr. 67 (PGG)**
ADEL KELLEL, :
:
            Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| **Name** | **Address** | **Amount of Restitution** |
|---|---|---|
| Internal Revenue Service | Internal Revenue Service - RACS<br>Attn: Mail Stop 6261, Restitution<br>333 W. Pershing Ave.<br>Kansas City, MO 64108 | $613,478.00 |
| NYS Department of Taxation & Finance | NYS Department of Taxation & Finance<br>Disclosure Unit<br>Building 8, Room 700<br>W.A. Harriman Campus<br>Albany, NY 12227 | $157,717.00 |
| **Total:** | | $771,195.00 |