

**Langone & Associates, PLLC**

*ATTORNEYS AT LAW*

MEMO ENDORSED:
Pretrial Services is directed to release
Defendant Kellel's passport and the
$250,000 surety bond.

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

Dated: August 23, 2021

TEL: 516.795.2400
FAX: 516.795.2425
www.rlangone.com

**Richard M. Langone**
MA JD LLM

**Patrice Langone**
Paralegal

**Peter J. Tomao**
**Of Counsel**

**Daniel J. Costello**
**Of Counsel**

**August 18, 2021**

Service by ECF & Fax
212-805-7986
Hon. Paul G. Gardephe
United States District Judge
U.S. Courthouse
40 Foley Square
NYC, NY 10007

Re: *United States v. Adel Kellel*, 20 CR 67 (PGG)
REQUEST FOR RETURN OF PASSPORT AND CONFESSION OF JUDGMENT

Dear Judge Gardephe:

On November 30, 2020, this Court sentenced Mr. Kellel to 24 months in prison for income tax evasion. On July 1, 2021, Mr. Kelell self-surrendered at Fort Dix FCI to begin commencement of his sentence.

I am writing to request the Court to order Pretrial Services and the United States Attorney's Office to release to Mr. Kellel's wife his passport and the $250,000 surety bond (encumbering the marital residence) to secure his release.

Respectfully submitted,

Richard M Langone

RICHARD M. LANGONE

Attorney for Adel Kellel

CC: AUSA OLGA I. ZVEROVICH

(Service by ECF)

---

600 Old Country Road, Suite 328, Garden City, New York, 11530

2